

**United States District Court**
**Eastern District of California**

FILED
SEP 19 2024
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____FMN_____
DEPUTY CLERK

| RANDALL L. DOUGHERTY, SR., et al. |
|---|

Plaintiff(s)

V.

| TARGET CORPORATION, et al. |
|---|

Defendant(s)

Case Number: | 1:24-cv-00818-KES-EPG |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jared B. Giroux hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendant, HEARTLAND RECREATIONAL VEHICLES, LLC

On 12/01/2009 (date), I was admitted to practice and presently in good standing in the All courts - Commonwealth of Massachusetts (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/18/2024          Signature of Applicant: /s/ _Jared Giroux_

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Jared B. Giroux |
| Law Firm Name: | McCOY LEAVITT LASKEY LLC |
| Address: | 202 US Route 1 |
| | Suite 200 |
| City: | Falmouth   State: ME   Zip: 04105 |
| Phone Number w/Area Code: | (207) 387-6929 |
| City and State of Residence: | Scituate, Massachusetts |
| Primary E-mail Address: | JGiroux@mlllaw.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Patrick W. Berry |
| Law Firm Name: | McCOY LEAVITT LASKEY LLC |
| Address: | 10620 Treena Street |
| | Suite 230 |
| City: | San Diego   State: CA   Zip: 92131 |
| Phone Number w/Area Code: | (858) 351-4249   Bar #: 281766 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 9/19/24

_____
JUDGE, U.S. DISTRICT COURT

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **December 1, 2009,** said Court being the highest Court of Record in said Commonwealth:

### Jared Giroux

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **eighteenth** day of **September** in the year of our Lord **two thousand and twenty-four.**

*MAURA S. DOYLE, Clerk*

---

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.