

United States District Court
Eastern District of California

| Randall L. Dougherty, Sr., Individually and on behalf of the Estate of Randall B. Dougherty, Jr., Deceased; and Jolene Dougherty | Case Number: 2:24-cv-03002-DAD-SCR |

Plaintiff(s)

V.

Target Corporation, et al.

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, James Michael Weiss hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendants Target Corporation, Empower Brands, LLC and Tristar Products, Inc.

On March 4, 2011 (date), I was admitted to practice and presently in good standing in the Supreme Court of North Carolina (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [x] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: March 21, 2025       Signature of Applicant: /s/ James M. Weiss

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | James Michael Weiss |
| Law Firm Name: | Ellis & Winters LLP |
| Address: | P.O. Box 33550 |
| City: | Raleigh    State: NC    Zip: 27636 |
| Phone Number w/Area Code: | (919) 865-7000 |
| City and State of Residence: | Cary, North Carolina |
| Primary E-mail Address: | Jamie.Weiss@elliswinters.com |
| Secondary E-mail Address: | Crystal.Boyd@elliswinters.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Eileen Ahern |
| Law Firm Name: | Willenken LLP |
| Address: | 707 Wilshire Blvd., Suite 4100 |
| City: | Los Angeles    State: CA    Zip: 90017 |
| Phone Number w/Area Code: | (213) 955-9240 |
| Bar #: | 216822 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 24, 2025

*Dale A. Drozd*

JUDGE, U.S. DISTRICT COURT