

# United States District Court
# Eastern District of California

| Randall L. Dougherty, Sr., Individually and on behalf of the Estate of Randall B. Dougherty, Jr., Deceased; and Jolene Dougherty |

Plaintiff(s)

Case Number: 2:24-cv-03002-DAD-SCR

V.

| Target Corporation, et al. |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Brandon D. Cox hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Target Corporation, Empower Brands, LLC and Tristar Products, Inc.

On September 30, 2020 (date), I was admitted to practice and presently in good standing in the Supreme Court of Georgia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: September 30, 2025    Signature of Applicant: /s/ *Brandon D. Cox*

**Pro Hac Vice Attorney**

Applicant's Name: Brandon D. Cox

Law Firm Name: Greenberg Traurig, PA

Address: Terminus 200, 3333 Piedmont Road NE, Suite 2500

City: Atlanta   State: GA   Zip: 30305

Phone Number w/Area Code: (678) 553-2100

City and State of Residence: Atlanta, GA

Primary E-mail Address: coxb@gtlaw.com

Secondary E-mail Address: NEF-PLPG@gtlaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Richard Reynaldo Tabura

Law Firm Name: Greenberg Traurig, LLP

Address: 400 Capitol Mall, Suite 2400

City: Sacramento   State: CA   Zip: 95814

Phone Number w/Area Code: (916) 442-1111   Bar # 298677

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 30, 2025

_/s/ Dale A. Drozd_
JUDGE, U.S. DISTRICT COURT