

United States District Court
Eastern District of California

Randall L. Dougherty, Sr., etc. et al.

Plaintiff(s)

V.

Target Corporation, et al.

Defendant(s)

Case Number: 2:24-cv-03002-DAD-SCR

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
James Michael Weiss
_____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
Defendants Target Corporation and Empower Brands, LLC

On _____03/04/2011_____ (date), I was admitted to practice and presently in good standing in the
_____Supreme Court of North Carolina_____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Dougherty v. Target; EDCA 2:24-cv-03002-DAD-SCR. Application 3/23/2025, granted 3/25/2025.

On 9/3/2025 counsel was substituted and his appearance was terminated.

Date:_____01/07/2026_____          Signature of Applicant: /s/ James Michael Weiss

**Pro Hac Vice Attorney**

Applicant's Name: James Michael Weiss

Law Firm Name: Ellis & Winters LLP

Address: P.O. Box 33550

City: Raleigh    State: NC    Zip: 27636

Phone Number w/Area Code: (919) 865-7000

City and State of Residence: Cary, North Carolina

Primary E-mail Address: Jamie.Weiss@elliswinters.com

Secondary E-mail Address: Crystal.Boyd@elliswinters.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Jaikaran Singh

Law Firm Name: Foley & Lardner LLP

Address: 11988 El Camino Real

Suite 400

City: San Diego    State: CA    Zip: 92130

Phone Number w/Area Code: (858) 847-6700    Bar # 201355

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 13, 2026

_Dale A. Drozd_

JUDGE, U.S. DISTRICT COURT