

# United States District Court
# Eastern District of California

| | |
|---|---|
| Randall L. Dougherty, Sr. et al. | Case Number: 2:24-cv-03002-DAD-SCR |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE |
| Target Corporation, et al. | AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Kristin M. Sikora hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendants Target Corporation and Empower Brands, LLC

On September 19, 2017 (date), I was admitted to practice and presently in good standing in the Supreme Court of Wisconsin (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 01/15/2026            Signature of Applicant: /s/ Kristin M. Sikora

**Pro Hac Vice Attorney**

Applicant's Name: Kristin M. Sikora

Law Firm Name: Foley & Lardner LLP

Address: 777 E. Wisconsin Avenue

City: Milwaukee    State: WI    Zip: 53202

Phone Number w/Area Code: (414) 297-5022

City and State of Residence: Chicago, IL

Primary E-mail Address: ksikora@foley.com

Secondary E-mail Address: kdoorn@foley.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Jaikaran Singh

Law Firm Name: Foley & Lardner LLP

Address: 11988 El Camino Real

Suite 400

City: San Diego    State: CA    Zip: 92130

Phone Number w/Area Code: (858) 847-6700    Bar # 201355

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 15, 2026

_Dale A. Drozd_

JUDGE, U.S. DISTRICT COURT